IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Shaheen Cabbagestalk, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:16-3314-RMG |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| State of South Carolina and South Carolina | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court upon the Magistrate Judge's recommendation that Plaintiff's motion for leave to proceed *in forma pauperis* be denied and that the action be dismissed pursuant to 28 U.S.C. § 1915(g) if Plaintiff failed to pay the filing fee within the time permitted. (Dkt. No. 8). Plaintiff filed no response to the Report and Recommendation (R & R), but he did file a "Motion for Change of Venue to US Bankruptcy Court." (Dkt. No. 10).

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). Where the plaintiff fails to file any specific objections, the Magistrate Judge's conclusions are reviewed only for clear error, *see Diamond v. Colonial Life & Accident Insurance Co.*, 416 F.3d 310, 315 (4th Cir. 2005), and this Court is not required to give any explanation for adopting the recommendation of the Magistrate Judge, *Camby v. Davis*, 718 F.2d 198 (4th Cir. 1983).

The Court, having reviewed the complaint and the R & R, finds no clear error and agrees with and adopts the R & R as the order of the Court. Defendant's Motion for Change of Venue to US Bankruptcy Court (Dkt. No. 10), is denied as moot.

2

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

December 27, 2016
Charleston, South Carolina

2